THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
Brian K. Cline, State Bar No. 246747
briancline@bickellawfirm.com
750 B Street, Suite 1950
San Diego, California 92101
Telephone:   (619) 374-4100
Facsimile:   (619) 231-9040

Attorneys for Plaintiff JULIA SHIH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA SHIH, | Case No. CV10 05852 HRL |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |
| BMW OF NORTH AMERICA, LLC, and DOE 1 through DOE 10 inclusive, | Complaint Filed: December 23, 2010 Trial Date: TBD |
| Defendants, | [Re: Docket No. 16] |
| | **(MODIFIED BY THE COURT)** |

### ORDER

Pursuant to the foregoing stipulation, and the declaration of Brian K. Cline, and good cause appearing therefore, it is hereby ordered that the Scheduling Conference currently set for March 22, 2011 at 1:30 p.m. be continued to April 5, 2011 at 1:30 p.m..

IT IS SO ORDERED

DATED: March 16, 2011

_____
HON. HOWARD R. LLOYD
United States Magistrate Judge

[PROPOSED] ORDER

CV10-9735 RGK (Ex)