ROGER S. RAPHAEL, SB# 111946
E-Mail: raphael@lbbslaw.com
SHAHRAM NASSI, SB# 239812
E-Mail: nassi@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone:   (415) 362-2580
Facsimile:   (415) 434-0882

Attorneys for Defendant
**BMW OF NORTH AMERICA, LLC**

*E-FILED 03-30-2011*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julia Shih,<br><br>        Plaintiff,<br><br>vs.<br><br>BMW of North America, LLC, and Doe 1 through Doe 10, inclusive,<br><br>        Defendants. | CASE NO. CV10 05852 HRL<br>Action Filed:  December 23, 2010<br><br>[PROPOSED] ORDER RE DEFENDANT BMW NORTH AMERICA, LLC's REQUEST TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE<br>[Re: Docket No. 19]<br>Date:   April 5, 2011<br>Time:   1:30 p.m. |

**GOOD CAUSE APPEARING, IT IS ORDERED** that defendant **BMW OF NORTH AMERICA, LLC** may appear at the **April 5, 2011** Initial Case Management Conference via telephone. **Counsel shall initiate the call to the court via CourtCall, 866-582-6878.**

DATED: March 30, 2011

_____
MAGISTRATE JUDGE HOWARD R. LLOYD