THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
Brian K. Cline, State Bar No. 246747
briancline@bickellawfirm.com
750 B Street, Suite 1950
San Diego, California 92101
Telephone:  (619) 374-4100
Facsimile:   (619) 231-9040

**E-FILED 03-30-2011**

Attorneys for Plaintiff JULIA SHIH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA SHIH,<br><br>         Plaintiff,<br><br>    vs.<br><br>BMW OF NORTH AMERICA, LLC,<br>and DOE 1 through DOE 10 inclusive,<br><br>         Defendants, | Case No. CV10 05852 HRL<br><br>[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY<br><br>Complaint Filed: December 23, 2010<br>Date: April 5, 2011<br>Time: 1:30 p.m.<br><br>[Re:  Docket No. 20] |

Upon Plaintiff's request for their counsel to appear telephonically at the Case Management Conference, set for April 5, 2011, at 1:30 p.m., and for good cause appearing, the Court having considered the papers submitted,

IT IS HEREBY ORDERED that Plaintiff's request is granted and Plaintiff's counsel may appear telephonically for the April 5, 2011 Case Management Conference.  **Counsel shall initiate the call to the court via CourtCall, 866-582-6878.**

DATED: March __30__, 2011

By: _____
Honorable Howard R. Lloyd
United States Magistrate Judge

1
[PROPOSED] ORDER RE PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY
CV10 05852 HRL