*E-FILED 05-02-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIA SHIH, | No. C10-05852 HRL |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE SETTLEMENT** |
| BMW OF NORTH AMERICA, LLC, | |
| Defendant. | |

The court is informed that the parties have reached a settlement. Accordingly, all pretrial and trial dates are vacated.

**On or before June 28, 2011**, the parties shall file a stipulated dismissal pursuant to Fed.R.Civ.P. 41(a). If a dismissal is not filed by the specified date, all parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **July 12, 2011, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed.R.Civ.P. 41(a). The parties shall file a statement in response to this Order to Show Cause **no later than July 5, 2011**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties

1  need not file a joint statement in response to this Order.

2      SO ORDERED.

3  Dated:   May 2, 2011

4                                  HOWARD R. LLOYD
                                UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1   5:10-cv-05852-HRL Notice has been electronically mailed to:

2   Brian Kelly Cline     briancline@bickellawfirm.com, ericafitzgerald@bickellawfirm.com, galynholmes@bickellawfirm.com

3

4   Roger Scott Raphael    raphael@lbbslaw.com, nebreda@lbbslaw.com

    Shahram Nassi    nassi@lbbslaw.com, hayes@lbbslaw.com
5

6   Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California